UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| STATE FARM LLOYDS AS SUBROGEE OF EDGAR MEDRANO, <br> Plaintiff, <br><br> v. <br><br> TITEFLEX CORPORATION, GASTITE DIVISION, <br> Defendant. | § § § § § § § § § § | 4:15-CV-284 |

## PLAINTIFF STATE FARM LLOYDS' JURY DEMAND

Plaintiff State Farm Lloyds files this Jury Demand pursuant to Federal Rules of Civil Procedure 38(b) and 81(c)(3)(B). State Farm Lloyds demands a jury trial in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CARPENTER & SCHUMACHER, P.C.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　N. Scott Carpenter
　　　　　　　　　　　　　　　　State Bar No. 00790428
　　　　　　　　　　　　　　　　**Craig M. Schumacher**
　　　　　　　　　　　　　　　　State Bar No. 00791622
　　　　　　　　　　　　　　　　Parkway Centre IV
　　　　　　　　　　　　　　　　2701 North Dallas Parkway, Suite 570
　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　(972) 403-1133
　　　　　　　　　　　　　　　　(972) 403-0311 Fax
　　　　　　　　　　　　　　　　scarpenter@subrogatelaw.com
　　　　　　　　　　　　　　　　*ATTORNEYS FOR PLAINTIFF*
　　　　　　　　　　　　　　　　*STATE FARM LLOYDS AS SUBROGEE OF*
　　　　　　　　　　　　　　　　*EDGAR MEDRANO*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing, was served pursuant to the Texas Rules of Civil Procedure, upon all counsel of record, on the 13th day of April, 2015, as follows:

Trey Yarbrough, Esq.
Yarbrough Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
(903)-595-0191 Fax
trey@yw-lawfirm.com

*Counsel for Defendant, Titeflex Corporation, Gastite Division*

_____
N. SCOTT CARPENTER